# Court of Appeals
# of the State of Georgia

ATLANTA,___April 03, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1492.  MITCHELL FAULKNER v. DEUTSCHE BANK NATIONAL TRUST COMPANY.**

This case began as a dispossessory action in magistrate court.  Following an adverse ruling, Mitchell Faulkner appealed to the superior court, which entered judgment in favor of Deutsche Bank National Trust Company.  Faulkner filed a notice of appeal to this Court.  We lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Faulkner was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 04/03/2013 _____
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ *, Clerk.*